UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:26-cv-00359

**Billy Phillips,**
*Plaintiff,*
v.
**Cherokee County Jail,**
*Defendant.*

# ORDER

Plaintiff, an inmate proceeding *pro se*, filed suit pursuant to 42 U.S.C. § 1983 without paying the filing fee. The court designated a magistrate judge to handle the case to the full extent authorized by 28 U.S.C. § 636(b).

The magistrate judge issued a report recommending that this case be dismissed without prejudice due to the plaintiff's failure to comply with the court's order to amend his complaint and to satisfy the filing fee requirement. Doc. 6. The court mailed a copy of the report to plaintiff, and plaintiff did not file objections.

When there have been no timely objections to a report, or the objections are improper, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment.

Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. Any pending motions are denied as moot.

*So ordered by the court on November 17, 2026.*

J. CAMPBELL BARKER
United States District Judge